Nathaniel Clark, Esq. (SBN 276621)
**LAW OFFICES OF SCOTT WARMUTH, APC**
17700 Castleton Street, Suite # 168
City of Industry, California 91748
Telephone: (626) 363-2150
Facsimile: (626) 642-0808
nclark@law888.com

*Attorneys for Plaintiff*
MEI MA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI MA, an individual, | Case No.: 2:17-cv-01331-PA-FFMx |
| Plaintiff, | Assigned: Hon. Percy Anderson |
| vs. | Courtroom 9A – 9th Floor |
| CLIENT SERVICES, INC., and DOES 1-10, | **PLAINTIFF MEI MA'S REQUEST FOR DISMISSAL** |
| Defendants. | Complaint Filed: February 17, 2017 |
| | Trial Date: December 19, 2017 |

TO THIS HONORABLE COURT:

**PLEASE TAKE NOTICE** pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), Plaintiff Mei Ma requests that this entire action, against all Defendants, be dismissed with prejudice pursuant to the settlement agreement executed on July 25, 2017.

Dated: July 27, 2017

LAW OFFICES OF SCOTT WARMUTH, APC

By: /s/ Nathaniel Clark
    NATHANIEL CLARK, ESQ.

*Attorneys for Plaintiff*
MEI MA

1