# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI MA, an individual, | Case No.: 2:17-cv-01331-PA-FFMx |
| Plaintiff, | Assigned: Hon. Percy Anderson |
| vs. | Courtroom 9A - 9th Floor |
| CLIENT SERVICES, INC., and DOES 1-10, | **ORDER GRANTING PLAINTIFF MEI MA'S REQUEST FOR DISMISSAL** |
| Defendants. | Complaint Filed: February 17, 2017 |
| | Trial Date: December 19, 2017 |

**TO ALL PARTIES HEREIN:**

Having considered Plaintiff's Request for Dismissal and finding that good cause exists, this Court orders that:

1. Case 2:17-cv-01331-PA-FFMx is **DISMISSED** with prejudice.

DATED: July 27, 2017

_____
Judge Percy Anderson
**UNITED STATES DISTRICT JUDGE**